IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUL -1  A 11: 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

| | |
|---|---|
| MARY BLOODSWORTH and<br>JERRY BLOODSWORTH,<br><br>    Plaintiffs,<br><br>v.<br><br>SMITH & NEPHEW, INC.<br>et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:05cv622-D<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF REMOVAL

Defendant Smith & Nephew, Inc. hereby certifies that on this the 1st day of July 2005, the above-styled action was removed to this Court, and that on this same date a copy of the Notice of Removal was forwarded to the Clerk of the Circuit Court for Montgomery County, Alabama, for filing therein.

Date: July 1, 2005.

_____
James C. Barton, Jr.
Bar Number: ASB-0237-B51J
Email: jbartonjr@jbpp.com

_____
Alan D. Mathis
Bar Number: ASB-8922-A59M
Email: adm@jbpp.com

Attorneys for Defendant
Smith & Nephew, Inc.


SCANNED

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone:   (205) 458-9400
Facsimile:   (205) 458-9500

**OF COUNSEL**

### CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing upon all parties to this cause by depositing a copy of same in the United States mail, first-class postage prepaid this the 1st day of July, 2005, to the following:

Tom Dutton, Esq.
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
(205) 322-8880

_____
Of Counsel

W0516264.WPD

2