IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY BLOODSWORTH and JERRY BLOODSWORTH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO. 2:05cv622-D |
| SMITH & NEPHEW, INC. et al., | ) ) ) ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT BY SMITH & NEPHEW, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Smith & Nephew, Inc. (Smith & Nephew"), makes the following disclosures:

Smith & Nephew is a wholly owned subsidiary of Smith & Nephew Holdings, Inc., which is a wholly owned subsidiary of Smith & Nephew (Overseas) Limited, which is a wholly owned subsidiary of T P Limited, which is a wholly owned subsidiary of Smith & Nephew plc. Smith & Nephew plc is the only publically traded company of those listed herein.

/s/ James C. Barton, Jr.
James C. Barton, Jr.
Bar Number: ASB-0237-B51J
Email: jbartonjr@jbpp.com

*/s/ Alan D. Mathis*
Alan D. Mathis
Bar Number: ASB-8922-A59M
Email: adm@jbpp.com

Attorneys for Defendant
Smith & Nephew, Inc.

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone:   (205) 458-9400
Facsimile:   (205) 458-9500

    OF COUNSEL

## CERTIFICATE OF SERVICE

    This is to certify that I have served a copy of the above and foregoing upon all parties to this cause by depositing a copy of same in the United States mail, first-class postage prepaid this the 1st day of July, 2005, to the following:

Tom Dutton, Esq.
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
(205) 322-8880

*/s/ Alan D. Mathis*
Of Counsel

W0513799.WPD

2