**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MARY BLOODSWORTH, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv622-D |
| | ) |
| **SMITH & NEPHEW, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the motion to dismiss, filed by Defendant Donnie Lanier (Doc. No. 5) on July 1, 2005, it is ORDERED that Plaintiffs show cause, if any there be, on or before July 20, 2005, why said motion should not be granted.

Done this 6th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE