xxx

# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| MARY BLOODSWORTH and <br> JERRY BLOODSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> SMITH & NEPHEW, INC. <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: CV-05-1349 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   Ms. Melissa Rittenour, Clerk
Circuit Court of Montgomery County, Alabama
251 South Lawrence Street
Montgomery, Alabama 36104

PLEASE TAKE NOTICE that on July 1, 2005, defendant Smith & Nephew, Inc. filed a Notice of Removal, a copy of which is attached as Exhibit A, of the above-styled action in the Office of the Clerk of the United States District Court of the Middle District of Alabama.

You are further advised that, pursuant to 28 U.S.C. § 1446(d), the filing of this notice, along with a copy of the Notice of Removal, with the Clerk of this State Court constitutes a removal of this action such that all proceedings in this case shall henceforth be properly brought only in the United States District Court to which this action has been removed.

DATED this 1st day of July, 2005.

_James C. Barton, Jr._
James C. Barton, Jr. (BAR014)
Bar Number: ASB-0237-B51J
Email: jbartonjr@jbpp.com

*signature*
Alan D. Mathis (MAT052)
Bar Number: ASB-8922-A59M
Email: adm@jbpp.com

Attorneys for Defendant
Smith & Nephew, Inc.

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone:   (205) 458-9400
Facsimile:    (205) 458-9500

**OF COUNSEL**

### CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing upon all parties to this cause by depositing a copy of same in the United States mail, first-class postage prepaid this the 1st day of July, 2005, to the following:

Tom Dutton, Esq.
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
(205) 322-8880

*signature*
Of Counsel

W0516117.WPD

2