**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MARY BLOODSWORTH, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv622-D |
| | ) |
| **SMITH & NEPHEW, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of the motion to remand, filed by Plaintiffs (Doc. No. 9) on July 29, 2005, it is ORDERED that Defendants show cause, if any there be, on or before August 15, 2005, why said motion should not be granted.

Done this 1st day of August, 2005.

                                        /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE