State of Alabama  ALIAS SUMMONS - CIVIL  Case Number
Unified Judicial System  CV-2005-1349

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

**MARY BLOODSWORTH,**   vs.   **SMITH & NEPHEW, a corporation;**
**JERRY BLOODSWORTH**          **SPAR MEDICAL, INC., a corporation;**
                               **DONNIE LANIER, an individual**

Plaintiff,                     Defendants.

NOTICE TO:   SPAR MEDICAL, INC.
             c/o Nancy C. Sparacio
             1606 Green Springs Highway South
             Birmingham, Alabama 35205-4547

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to TOM DUTTON of PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C., at 2001 Park Place North, Suite 1100, Birmingham, Alabama 35203. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

☐   TO ANY SHERIFF or other person authorized by either Rule 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this summons and a copy of the complaint in this action upon Defendant.

**X**   This service by certified mail of this summons is initiated upon written request of the Plaintiff pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

_7-19_, 2005                                 By: _Melissa Rittenour_
Date                  Clerk/Register              _BW_

RETURN ON SERVICE:

☐   Certified Mail return receipt received in this office on (Date) _____.
    (Return receipt attached hereto).

☐   I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama, on (Date) _____.

_____, 2005                            _____
Date                                         Server Signature

Address of Server_____
_____                   _____
                                             Type of Process Server