**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MARY BLOODSWORTH, et al.,** | ) |
| | ) |
|    **Plaintiffs,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 2:05cv622-D** |
| | ) |
| **SMITH & NEPHEW, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Spar Medical, Inc.'s motion to deem state court process insufficient, filed August 12, 2005, it is ORDERED that Plaintiffs show cause, if any there be, on or before August 29, 2005, why said motion should not be granted.

Done this 15th day of August, 2005.

                                   /s/ Ira DeMent
                                   SENIOR UNITED STATES DISTRICT JUDGE