IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARY BLOODSWORTH and** ) | |
| **JERRY BLOODSWORTH,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05cv622-D |
| ) | |
| **SMITH & NEPHEW, INC.** ) | |
| **et al.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO STRIKE

Defendant Smith & Nephew, Inc. (Smith & Nephew) moves the Court to strike portions of the affidavits of Mary & Jerry Bloodsworth ("the Bloodsworths") filed in support of the Bloodsworths' Motion to Remand on the grounds that they are based on inadmissible hearsay. In support of this Motion, Smith & Nephew states as follows:

1. Paragraphs 3 and 5 of Mary Bloodsworth's affidavit and paragraph 3 of Jerry Bloodsworth's affidavit contain inadmissible hearsay. *Fed. R. Evid.* 801 & 802.

2. Each of these paragraphs recites nothing more than statements allegedly made by Dr. Hodurski and/or his office personnel.

3. Because these paragraphs contain inadmissible hearsay they are due to be stricken. *See*, *e.g.*, *Stoudemire v. Provident Life and Accident Ins. Co.*, 24 F. Supp. 2d 1252, 1257 n.3 (M.D. Ala. 1998) (granting defendant's motion to strike plaintiff's affidavit submitted in support of motion to remand as inadmissible hearsay).

        s/ James C. Barton, Jr.
        James C. Barton, Jr.
        Bar Number: ASB-0237-B51J
        Email: jbartonjr@jbpp.com

        s/ James P. Pewitt
        James P. Pewitt
        Bar Number: ASB-7642-P62J
        Email: jpewitt@jbpp.com

        s/ Alan D. Mathis
        Alan D. Mathis
        Bar Number: ASB-8922-A59M
        Email: adm@jbpp.com

        Attorneys for Defendant
        Smith & Nephew, Inc.

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone:   (205) 458-9400
Facsimile:   (205) 458-9500

    **OF COUNSEL**

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on August 15, 2005, using the CM/ECF system, which will send notification of such filing to the following:

Tom Dutton, Esq.
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
(205) 322-8880

                                        s/ Alan D. Mathis
                                        Of Counsel

W0521077.WPD