IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY BLOODSWORTH and<br>JERRY BLOODSWORTH,<br><br>        Plaintiffs,<br><br>vs.<br><br>SMITH & NEPHEW, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 2:05cv622-D<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' MOTION FOR PERMISSION TO SUBMIT A RESPONSIVE MEMORANDUM BRIEF TO "SMITH & NEPHEW'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND"

Come now Mary Bloodsworth and Jerry Bloodsworth and ask this Court to accept the attached responsive memorandum brief to "Smith & Nephew's Opposition to Plaintiffs' Motion to Remand." This Court previously entered an order giving Smith & Nephew until August 15, 2005, to show cause why the plaintiffs' motion to remand should not be granted but not providing for the submitting of any response by the Bloodsworths. Plaintiffs request an opportunity to so respond.

                                                        Respectfully submitted by:

                                                        TOM DUTTON
                                                        Bar Number: ASB-2059-U50T
                                                        Email: tom@pittmanhooks.com
                                                        Attorney for Plaintiffs

OF COUNSEL:

PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
2001 Park Place, North
Birmingham, Alabama 35203
(205) 322-8880
(205) 328-2711 – fax

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing motion upon all counsel of record by placing same in the United States Mail, proper first-class postage prepaid and properly addressed, to:

    James C. Barton, Jr.
    James P. Pewitt
    Alan D. Mathis
    JOHNSTON BARTON PROCTOR & POWELL LLP
    2900 AmSouth/Harbert Plaza
    1910 Sixth Avenue, North
    Birmingham, Alabama 35203-2618

Done this _19th_ day of August, 2005.

_____
OF COUNSEL

2