**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| MARY BLOODSWORTH and <br> JERRY BLOODSWORTH, <br>     Plaintiffs, <br>         v. <br> SMITH & NEPHEW, INC., <br> et al., <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) )     CASE NO. 2:05cv622-d |

## MOTION FOR LEAVE TO FILE AFFIDAVIT

Defendant Smith & Nephew, Inc. ("Smith & Nephew"), moves the Court for leave to file the attached Affidavit of James A. Sparacio, who is the president of Spar Medical, Inc. In support of this motion, Smith & Nephew states that, according to the Plaintiffs, the affidavit is relevant and material to this Court's determination of the fraudulent joinder issues in this case. Smith & Nephew also states that the involvement of Spar Medical, Inc., in the transactions at issue in this case was previously addressed, if not expressly then certainly by implication, in the Affidavit of Donnie Lanier, which Smith & Nephew filed with its Notice of Removal.

 

s/ James C. Barton, Jr.
James C. Barton, Jr.
Bar Number: ASB-0237-B51J
Email: jbartonjr@jbpp.com

s/ James P. Pewitt
James P. Pewitt
Bar Number: ASB-7642-P62J
Email: jpewitt@jbpp.com

        s/ Alan D. Mathis  
        Alan D. Mathis  
        Bar Number: ASB-8922-A59M  
        Email:  adm@jbpp.com

        Attorneys for Defendant  
        Smith & Nephew, Inc.

**JOHNSTON BARTON PROCTOR & POWELL LLP**  
2900 AmSouth/Harbert Plaza  
1901 Sixth Avenue North  
Birmingham, Alabama 35203-2618  
Telephone:   (205) 458-9400  
Facsimile:   (205) 458-9500

    **OF COUNSEL**

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on August 22, 2005, using the CM/ECF system, which will send notification of such filing to the following:

Tom Dutton, Esq.  
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.  
2001 Park Place North, Suite 1100  
Birmingham, Alabama 35203  
(205) 322-8880

        s/ Alan D. Mathis  
        Of Counsel

W0522706.RTF