IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY BLOODSWORTH and JERRY BLOODSWORTH, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 2:05cv622-d ) |
| SMITH & NEPHEW, INC., et al., | ) ) ) ) |
| Defendants. | ) |

**SMITH & NEPHEW, INC'S MOTION FOR LEAVE
TO FILE REPLY IN FURTHER OPPOSITION
TO PLAINTIFFS' MOTION TO REMAND**

To the extent the Court grants Plaintiffs' motion for leave to file a responsive memorandum (*see* Doc. # 16), defendant Smith & Nephew, Inc. ("Smith & Nephew"), moves the Court for leave to file the attached Reply in Further Opposition to Plaintiffs' Motion to Remand. In support of this motion Smith & Nephew states that the attached reply is short and is submitted only for the purpose of addressing specifically one case cited by Plaintiffs in their responsive memorandum.

s/ James C. Barton, Jr.
James C. Barton, Jr.
Bar Number: ASB-0237-B51J
Email: jbartonjr@jbpp.com

s/ James P. Pewitt
James P. Pewitt
Bar Number: ASB-7642-P62J
Email: jpewitt@jbpp.com

          s/ Alan D. Mathis
          Alan D. Mathis
          Bar Number: ASB-8922-A59M
          Email: adm@jbpp.com

          Attorneys for Defendant
          Smith & Nephew, Inc.


**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

  **OF COUNSEL**

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on August 25, 2005, using the CM/ECF system, which will send notification of such filing to the following:

Tom Dutton, Esq.
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
(205) 322-8880

                                            s/ Alan D. Mathis
                                            Of Counsel

W0523293.RTF