**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MARY BLOODSWORTH and** ) | |
| **JERRY BLOODSWORTH,** ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **CASE NUMBER:** |
| ) | |
| **SMITH & NEPHEW, INC.,** ) | **2:05cv622-d** |
| ) | |
| et al.,    Defendants. ) | |

**NOTICE OF APPEARANCE**

The undersigned counsel, Lee M. Pope, of the law firm of Johnston Barton Proctor & Powell LLP, 2900 AmSouth/Harbert Plaza, 1901 Sixth Avenue North, Birmingham, Alabama 35203, hereby gives notice of his appearance on behalf of defendant Smith & Nephew, Inc.

        s/Lee M. Pope
        Lee M. Pope (POP008)
        One of the Attorneys for Defendant
        Smith & Nephew, Inc.

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
(205) 458-9400

**OF COUNSEL**

**CERTIFICATE OF SERVICE**

   I hereby certify that on this the 5th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Tom Dutton
Pittman, Hooks, Dutton, Kirby
 & Hellums, P.C.
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

               s/Lee M. Pope
               Of Counsel