IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY BLOODSWORTH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv622-D |
| | ) |
| SMITH & NEPHEW, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon CONSIDERATION of Plaintiffs' motion for permission to submit a responsive memorandum brief (Doc. No. 16), it is ORDERED that said motion be and the same is hereby GRANTED.

It is further CONSIDERED and ORDERED that Defendant Smith & Nephew's motion for leave to file affidavit and motion for leave to file reply (Doc. Nos. 17-18) be and the same are hereby GRANTED.

DONE this 29th day of November, 2005.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE