IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARY BLOODSWORTH, et al.,** )<br>)<br>　**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**SMITH & NEPHEW, et al.,** )<br>)<br>　**Defendants.** ) | <br><br><br><br>CIVIL ACTION NO. 2:05cv622-D<br> |

**ORDER**

Upon CONSIDERATION of Defendants Smith & Nephew, Inc., and Donnie Lanier's motion for more definite statement, filed December 28, 2005, it is ORDERED that Plaintiffs show cause, if any there be, on or before January 5, 2006, why said motion should not be granted.

Done this 29th day of December, 2005.

　　　　　　　　　　　　　　　　　　/s/ Ira Dement
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE