IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARY BLOODSWORTH, et al.,** )<br>)<br>  **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**SMITH & NEPHEW, et al.,** )<br>)<br>  **Defendants.** ) | CIVIL ACTION NO. 2:05cv622-D |

**ORDER**

Upon CONSIDERATION of Defendants' motion for more definite statement (Doc. No. 23), Plaintiffs' response (Doc. No. 25), and Defendants' reply (Doc. No. 26), it is ORDERED that said motion be and the same is hereby DENIED as untimely, (see Fed. R. Civ. P. 12(e); Doc. Nos. 2, 5), and for the reasons set forth in the court's memorandum opinion and order previously entered in this cause. (See Mem. Op. & Order at 20-29 (Doc. No. 22).)

Done this 6th day of January, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE