**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MARY BLOODSWORTH, et al.,** | ) |
| | ) |
|    **Plaintiffs,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 2:05cv622-D** |
| | ) |
| **SMITH & NEPHEW, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Defendant Smith & Nephew's motion for extension of deadline, filed January 23, 2006, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED to and including February 10, 2006.

DONE this 24th day of January, 2006.

           /s/ Ira DeMent
           SENIOR UNITED STATES DISTRICT JUDGE