## FREEDOM COURT REPORTING

1                IN THE UNITED STATES DISTRICT COURT

                   MIDDLE DISTRICT OF ALABAMA

2                      NORTHERN DIVISION

3

4    MARY BLOODSWORTH and JERRY BLOODSWORTH,

5         Plaintiffs,

6                          CIVIL ACTION NUMBER

     VS.

7                          2:05-CV-622-D

8    SMITH & NEPHEW, INC., et al.,

9         Defendants.                  COPY

10

     DEPOSITION OF DONALD F. HODURSKI, M.D.

11

12             S T I P U L A T I O N S

13             IT IS STIPULATED AND AGREED,

14   by and between the parties through their

15   respective counsel, that the deposition

16   of:

17        DONALD F. HODURSKI, M.D.,

18   may be taken before Carol J. Reyer,

19   Commissioner, at the Offices of Southern

20   Orthopedic Surgeons, 2000 Normandie Drive,

21   Montgomery, Alabama, on the 6th day of

22   February, 2006, commencing at

23   approximately 11:13 a.m.

## FREEDOM COURT REPORTING

Page 2

1          IT IS FURTHER STIPULATED AND

2     AGREED that the signature to and reading

3     of the deposition by the witness is

4     waived, the deposition to have the same

5     force and effect as if full compliance had

6     been had with all laws and rules of Court

7     relating to the taking of depositions.

8

9          IT IS FURTHER STIPULATED AND

10    AGREED that it shall not be necessary for

11    any objections to be made by counsel to

12    any questions, except as to form or

13    leading questions, and that counsel for

14    the parties may make objections and assign

15    grounds at the time of the trial, or at

16    the time said deposition is offered in

17    evidence, or prior thereto.

18

19          IT IS FURTHER STIPULATED AND

20    AGREED that notice of the filing of the

21    transcript by the Court Reporter is hereby

22    waived.

23

## FREEDOM COURT REPORTING

```
1              A P P E A R A N C E S

2

3   FOR THE PLAINTIFFS:

4           TOM DUTTON

5           Attorney-at-Law

6           PITTMAN, HOOKS, DUTTON, KIRBY &

7           HELLUMS

8           1100 Park Place Tower

9           2001 Park Place North

10          Birmingham, Alabama 35203

11          (205) 322-8880

12

13  FOR THE DEFENDANTS:

14          LEE M. POPE

15              and

16          JAMES C. BARTON, JR.

17          Attorneys-at-Law

18          JOHNSTON, BARTON, PROCTOR & POWELL

19          2900 AmSouth/Harbert Plaza

20          1901 Sixth Avenue North

21          Birmingham, Alabama 35203

22          (205) 458-9400

23
```

# FREEDOM COURT REPORTING

1              I N D E X

2

3    WITNESS:                                    PAGE

4         DONALD F. HODURSKI, M.D.

5         Examination by Mr. Pope                  6

     Examination by Mr. Dutton                23

6    Reexamination by Mr. Pope                29

7    - - - - - - - - - - - - - - - - - - - -

8              E X H I B I T S

9

     Defendant's Exhibit No. 1 -              6

10              Curriculum Vitae

11

12

13

14

15

16

17

18

19

20

21

22

23

# FREEDOM COURT REPORTING

1          I, Carol J. Reyer, a Court

2    Reporter of Birmingham, Alabama, acting as

3    Commissioner, certify that on this date,

4    pursuant to the Federal Rules of Civil

5    Procedure, and the foregoing stipulation

6    of counsel, there came before me at the

7    Offices of Southern Orthopedic Surgeons,

8    2000 Normandie Drive, Montgomery, Alabama,

9    on the 6th day of February, 2006,

10   commencing at approximately 11:13 a.m.,

11   DONALD F. HODURSKI, M.D., witness in the

12   above cause, for oral examination,

13   whereupon the following proceedings were

14   had:

15          DONALD F. HODURSKI, M.D.,

16   being first duly sworn, was examined and

17   testified as follows:

18          THE COURT REPORTER:  Usual

19   stipulations?

20          MR. POPE:  That's fine with

21   me.

22          MR. BARTON:  That's fine.

23          (Whereupon, an off-the-record

## FREEDOM COURT REPORTING

1    discussion was held, at which time the

2    following proceedings were had and done:)

3    EXAMINATION BY MR. POPE:

4         Q.    Would you please state your

5    name for the record, please, sir?

6         A.    Donald F. Hodurski.

7               (Defendant's Exhibit No. 1

8               marked for identification.)

9         Q.    (By Mr. Pope)  Doctor

10   Hodurski, I'm going to show you what I've

11   marked as Defendant's No. 1 and ask you if

12   that's a current edition of your resume,

13   of your CV?

14        A.    Yes.

15        Q.    That will save us a little

16   time.

17               Doctor Hodurski, at some

18   point, was Mary Bloodsworth a patient of

19   yours?

20        A.    Yes.

21        Q.    And it's my understanding that

22   you performed a total left hip replacement

23   on Mrs. Bloodsworth; is that correct?

## FREEDOM COURT REPORTING

1    A.    Yes, yes.

2    Q.    And would that have been June

3 the 2nd of 2003?

4    A.    Yes.

5    Q.    And if you could, just sort of

6 tell us in layman's terms when we talk

7 about a total hip replacement what that

8 is.

9    A.    The joint has arthritis or

10 other problems, and you remove the ball or

11 the femoral head, and then you grind the

12 acetabulum with a reamer and put a socket

13 in the pelvis and put a prosthesis or a

14 stem with a ball on it in the femur and

15 articulate the two.

16    Q.    And when you say articulate

17 the two, put them together?

18    A.    Yes.

19    Q.    And the acetabulum, is that

20 the portion that's in the pelvic area?

21    A.    Yes, that's the socket in the

22 pelvis.

23    Q.    And if you need to look at

# FREEDOM COURT REPORTING

1   your records, be my guest.

2         And there's essentially, my

3   understanding, two components involved in

4   a hip replacement; is that correct?

5       A.    Correct.

6       Q.    And that would be the

7   acetabular cup and the femoral stem?

8       A.    Correct.

9       Q.    And that femoral stem is

10  usually, I understand, hammered down into

11  the femur?

12      A.    Correct.

13      Q.    After the ball portion of the

14  femur has been removed?

15      A.    Correct.

16      Q.    And when they're put together,

17  then that imitates the ball and socket

18  joint that we all have naturally; is that

19  correct?

20      A.    That's correct.

21      Q.    And for Mrs. Bloodsworth's

22  surgery -- and I'm going to refer to that

23  June 2nd, '03, surgery as the initial

## FREEDOM COURT REPORTING

1    surgery if that's fine with everyone.

2        A.    Yes.

3        Q.    For that initial surgery, did

4    you use Smith & Nephew products to perform

5    that surgery?

6        A.    Yes.

7        Q.    And when I say the products,

8    the acetabular cup and the femoral stem?

9        A.    Correct.

10       Q.    And is it your recollection

11   that the femoral stem was part of the

12   Echelon series?

13       A.    Yes.

14       Q.    And the acetabular cup would

15   be part of the Reflection series?

16       A.    Correct.

17       Q.    Before performing a hip

18   replacement, do you know the exact size of

19   the acetabular cup that you're going to

20   end up implanting in the patient?

21       A.    I know an approximate size,

22   but not the exact size.  I know an

23   approximate size between four millimeters

## FREEDOM COURT REPORTING

1  up or down.

2      Q.    And is it true, though, that

3  you recognize or realize the exact size,

4  though, upon performing the surgery?

5      A.    Yes, at surgery.

6      Q.    And would that be true with

7  respect to Mrs. Bloodsworth's initial

8  surgery as well?

9      A.    Correct.

10     Q.    When you were -- before the

11  initial surgery and, well, I guess even

12  now, is Donnie Lanier what I would call

13  your sales representative for Smith &

14  Nephew products?

15     A.    Yes.

16     Q.    And did Donnie Lanier process,

17  for lack of a better word, the order for

18  the Smith & Nephew products that you

19  implanted in Mrs. Bloodsworth for the

20  initial surgery?

21     A.    Yes.

22     Q.    And if you could, kind of

23  explain generally how that works when you

## FREEDOM COURT REPORTING

1   decide that you're going to perform a hip

2   replacement and you've decided that you're

3   going to use Smith & Nephew products.

4   Kind of walk us through, if you could, how

5   you get from that to those Smith & Nephew

6   products being available for you to

7   implant.

8          A.     When I schedule someone for

9   surgery, our surgery ticket, so to speak,

10  says type of anesthesia, type of

11  prosthesis, and I will write down Smith &

12  Nephew.  Then when the girls schedule the

13  surgery, they will contact Donnie and tell

14  him the date of that surgery so that he

15  has the various implants available at that

16  time and date.

17         Q.     Does he actually bring the

18  products to the operating room?

19         A.     Yes.

20         Q.     And does he bring a range of

21  sizes of the different implants?

22         A.     Yes.

23         Q.     And what is the purpose of

## FREEDOM COURT REPORTING

1  having a different range of sizes of

2  implants there available in the operating

3  room?

4      A.    You try to what we call

5  template or get an idea of the size that

6  you're going to use.  If, per chance, you

7  would fracture the bone with reaming or

8  you would encounter a cyst that you didn't

9  see which would require grafting and a

10  bigger component, there are a range of

11  problems you can encounter operatively

12  that you'll need smaller or larger

13  components for so that you really need

14  from A to Z those components that are

15  available.

16      Q.    Got you.

17          And it's my understanding that

18  in February, actually February 2nd of '04,

19  you performed a revision of

20  Mrs. Bloodsworth's left hip; is that

21  correct?

22      A.    Yes.

23      Q.    And, generally speaking, when

# FREEDOM COURT REPORTING

1   we talk about a revision, explain to us

2   what that term means in this context.

3          A.    It's a -- you're prepared to

4   redo the operation once again to either

5   modify, remove or totally redo the

6   previous surgery for the problems the

7   patient has.

8          Q.    And in Mrs. Bloodsworth's

9   case, that previous surgery would have

10  been the June 2nd, '03, surgery; is that

11  correct?

12         A.    Yes.

13         Q.    And either from your

14  recollection or looking at the chart for

15  Mrs. Bloodsworth, what is your

16  recollection of why you decided that

17  Mrs. Bloodsworth needed a revision?

18         A.    She had recurrent

19  dislocations.  Her hip was popping out of

20  the socket.

21         Q.    And what -- how did you go

22  about attempting in this surgery to revise

23  the initial operation?  What devices did

## FREEDOM COURT REPORTING

1    you employ?

2        A.    In Mrs. Bloodsworth we used

3    what we call a constrained prosthesis.

4    That is a prosthesis that locks the

5    acetabulum and the femur and makes it one

6    piece instead of two pieces.

7        Q.    And is another name, just so

8    we're on the same page, if I say

9    constrained liner, is that what you just

10   described there, or am I not being precise

11   enough?

12       A.    That's right.  The liner is

13   constrained, but the whole, the whole

14   prosthesis is constrained, it's now one

15   unit, and it's done through a constrained

16   liner.

17       Q.    And is the constrained liner

18   that you used for Mrs. Bloodsworth part of

19   the Reflection system?

20       A.    Yes.

21       Q.    A Smith & Nephew product?

22       A.    Yes.

23       Q.    And the constrained liner,

# FREEDOM COURT REPORTING

1  where does it fit physically?

2      A.    It fits into the existing

3  acetabulum which then is coupled around

4  the femoral head and a ring used to

5  tighten those two together so that it's

6  now one unit.

7      Q.    Am I correct that what I'm

8  going to call the constrained liner, if

9  that's okay?

10      A.    Yes.

11      Q.    Just so I'm understanding, it

12  fits into the acetabular cup?

13      A.    Yes.

14      Q.    Does the size, the correct

15  size of the constrained liner depend on

16  the size of the acetabular cup?

17      A.    The liner, you use a 52 liner

18  for a 52 cup if that makes senses to you.

19  It is machined to fit a specific --

20  another piece, and it's -- you can't use

21  one liner for the whole spectrum of

22  acetabulum.  You've got to use a liner for

23  a cup.

# FREEDOM COURT REPORTING

1              MR. BARTON:  The matching

2    sizes.

3              MR. POPE:  Right.

4         Q.   (By Mr. Barton)  Before you

5    performed the initial surgery, did you

6    anticipate at some point implanting a

7    constrained liner --

8         A.   No.

9         Q.   -- into Mrs. Bloodsworth?

10             Before Mrs. Bloodsworth began

11   having her series of dislocations, did you

12   anticipate implanting a constrained liner?

13        A.   It's one of the options.  It's

14   not really a primary option.  You say,

15   well, what do you mean.  You can lengthen

16   the leg, you can use different types of

17   liners.  There's a whole gamut of things

18   that pops through your head when you see

19   someone who dislocates.  It is in the

20   armamentarium, and it was, indeed, used.

21        Q.   Did Donnie Lanier process the

22   order for the constrained liner for

23   Mrs. Bloodsworth as well?

# FREEDOM COURT REPORTING

1       A.      Yes.

2       Q.      Do you remember what the time

3 between when you -- I assume at some point

4 you somehow communicated to Donnie Lanier

5 that you were going to implant a

6 constrained liner?

7       A.      Yes.

8       Q.      And from the time that you

9 communicated to Mr. Lanier, do you have a

10 judgment as to the time frame between that

11 and the time that the constrained liner

12 was actually available for you to implant?

13      A.      Well, let me just run through

14 exactly what happened.

15      Q.      Sure.

16      A.      The patient, Mrs. Mary, came

17 in and she had recurrent dislocations.  We

18 both felt, you know, we've got to do

19 something to stop this, and that was --

20 the time frame was really following her

21 visit where she said let's go, I said

22 let's go.

23              I then called Donnie Lanier

## FREEDOM COURT REPORTING

1    and said I've got a patient that I think

2    looks pretty good on X-ray, and I want

3    everything that we've got, big heads,

4    offset liners, constrained liners, lateral

5    displaced liners.  We're going to schedule

6    this for a couple of weeks after her

7    office visit, and I said, you know, I need

8    all the bells and whistles.  Right, right.

9    So, we then scheduled the case for a

10   couple of weeks after I saw Mrs. Mary in

11   the office.

12           I did not look at her

13   acetabular size.  The constrained

14   acetabulum, I thought that they probably

15   had her size because she was large.  They

16   came in the larger sizes.  She was a 52.

17   The smallest they had was 54.  He came

18   back to me somewhere a week or so later

19   and said that 54s are going to be not a

20   special order, and 52s, we're going to

21   have 52s all the way down to 44s or

22   something in a couple of weeks, and I

23   said, whoa, let me say something, and

# FREEDOM COURT REPORTING

1    let's just hold off so that we have, you

2    know, that particular constrained liner

3    available so that if we look and say the

4    acetabulum is fine, the acetabulum is

5    fine, we can just change out instead of

6    redoing an acetabulum.  And that's the

7    sequence of events.

8         Q.    Can you tell from your records

9    what size constrained liner was ultimately

10   implanted?

11        A.    52.

12        Q.    And that's a 52 millimeter?

13        A.    52 millimeter.

14        Q.    And it's your recollection

15   that at that point in time that a 54

16   millimeter was, for lack of a better word,

17   available right then?

18        A.    Right then, yes.

19        Q.    Could you have performed the

20   surgery using a 54 millimeter constrained

21   liner?

22        A.    Yes.

23        Q.    Before the second surgery, if

# FREEDOM COURT REPORTING

Page 20

1  I'm understanding you correctly, you told

2  Donnie that, as you said, I want all the

3  bells and whistles there?

4      A.    Yes.

5      Q.    Am I right to infer that the

6  use of a constrained liner was one of

7  several options you were considering on

8  how to perform the revision?

9      A.    Yes.

10     Q.    Was Mrs. Bloodsworth's medical

11 condition harmed in any way by your

12 decision to wait until the 52 was

13 available?

14     A.    No.

15     Q.    Prior to the initial surgery,

16 did you and Donnie Lanier discuss the

17 availability of different sizes of Smith &

18 Nephew constrained liners?

19     A.    No.

20     Q.    Was the availability of the

21 different size constrained liners a factor

22 that you considered when deciding to use

23 Smith & Nephew products in the initial

## FREEDOM COURT REPORTING

1    surgery?

2        A.    No.

3        Q.    Was the availability of

4    different size constrained liners an issue

5    at all with you before performing the

6    initial surgery?

7        A.    No.

8        Q.    Prior to Mrs. Bloodsworth's

9    revision, had you used constrained liners

10   before?

11       A.    Yes.

12       Q.    Had you used a Smith & Nephew?

13       A.    One.

14       Q.    And had you also used Zimmer?

15       A.    A Zimmer, yes.

16       Q.    And at the time of

17   Mrs. Bloodsworth's surgery, had your

18   experience with those been positive?

19       A.    Yes.

20       Q.    If you had known prior to

21   Mrs. Bloodsworth's initial surgery that

22   the constrained liner was not available in

23   certain sizes, would that have affected in

## FREEDOM COURT REPORTING

1  any way the way that you performed her

2  initial surgery?

3         A.    No.

4         Q.    And along those same lines,

5  would you have knowing that -- let me ask

6  it better.

7              If you had known prior to

8  Mrs. Bloodsworth's initial surgery that

9  the constrained liner was not available in

10  certain sizes and maybe even -- or even

11  the size that she would eventually need,

12  would you have still used the Echelon and

13  Reflection products in that surgery?

14         A.    Yes.

15         Q.    As you sit here today, is

16  there anything that you think that Donnie

17  Lanier should have told you prior to the

18  initial surgery that he did not?

19         A.    No.

20         Q.    Do you have any complaints

21  about Donnie Lanier with respect to his

22  communications with you about Smith &

23  Nephew products prior to the initial

## FREEDOM COURT REPORTING

1    surgery?

2        A.    No.

3        Q.    And you still perform hip

4    replacements as we sit here today?

5        A.    Yes.

6        Q.    And before you perform those

7    surgeries, do you check on the

8    availability of various sizes of

9    constrained liners?

10       A.    No.

11       Q.    Do you know of any orthopedist

12   here in Montgomery who does?

13       A.    No.

14            MR. POPE:   That's all I have,

15   Doctor.

16            MR. DUTTON:   Just a few,

17   please, sir.

18   EXAMINATION BY MR. DUTTON:

19       Q.    At the time the -- let me

20   start over.

21            I believe the revision surgery

22   using the constrained liner was originally

23   scheduled for January and had to be

## FREEDOM COURT REPORTING

1    postponed for several weeks due to the

2    unavailability of, I guess, a size 52

3    constrained liner.  Does that sound about

4    right?

5         A.    Correct.

6         Q.    At the time the original -- at

7    the time the original constrained liner

8    surgery was scheduled and you learned of

9    the unavailability of the size 52, you had

10   a discussion with Mrs. Bloodsworth about

11   postponement of surgery?

12        A.    Yes.

13        Q.    Do you remember telling her

14   that had you known the -- her size of the

15   constrained liner was unavailable you

16   would not have used Smith & Nephew

17   products to begin with?

18        A.    No, I don't.

19        Q.    And do you have any idea as to

20   how that got in her head?

21        A.    No, other than the general

22   confusion that there's been regarding the

23   postponement.  My whole reason to postpone

## FREEDOM COURT REPORTING

1   it was my thinking that if, indeed, it

2   comes down to just a constrained liner, I

3   can give her a lesser operation by waiting

4   a few weeks.

5        Q.    All right.

6        A.    And I know that I did say to

7   them, as I said to Donnie Lanier, it was

8   my exact thoughts, this is a redo.  We

9   don't want, we don't want to ask for

10  something that's not there.  We don't want

11  to say I left that in Birmingham.  I want

12  everything, big heads, everything known

13  orthopedically to be in that room at that

14  point in time, and we had a chance to get

15  another piece of the puzzle there if we

16  waited two weeks.

17       Q.    Okay.  Is it your testimony,

18  sir, that you did not tell

19  Mrs. Bloodsworth that you would not have

20  used Smith & Nephew products, referring to

21  the June '03 surgery, had you known of the

22  unavailability of certain sizes of

23  constrained liner?  Is it your testimony

## FREEDOM COURT REPORTING

1    that you did not say that, or is it your

2    testimony that you don't remember saying

3    that?

4         A.    I don't remember saying that.

5         Q.    Okay.  I believe I heard you

6    testify a few moments ago that you would

7    have used -- again, referring to June of

8    '02, had you known of the unavailability

9    of certain sizes of constrained liners,

10   you nonetheless would have used Smith &

11   Nephew at the time of that surgery?

12        A.    Yes.

13        Q.    Did you know of the

14   unavailability of constrained liners in

15   certain sizes at that time?

16        A.    Vaguely.  Not to the

17   millimeter.

18        Q.    Okay.  Do you use Smith &

19   Nephew, these products, anymore?

20        A.    Yes.

21        Q.    The hips you do?

22        A.    Yes.

23        Q.    Has your experience with other

## FREEDOM COURT REPORTING

1    than Mrs. Bloodsworth's hip been good with

2    reference to these hips?

3              MR. POPE:  Object to the form

4    of the question.

5         A.    The hips, yes.  The

6    constrained liner, no.  In other words,

7    the primary one that I stick in there does

8    well.  The constrained liner, no.

9         Q.    And you don't use those

10   constrained liners any longer?

11        A.    No.

12        Q.    And when you have used those

13   constrained liners, they have failed?

14        A.    Yes.

15        Q.    And when you have used those

16   constrained liners, did you use them as

17   they were intended to be used?

18        A.    Yes.

19        Q.    And I'm not trying to make an

20   engineer out of you, but in your opinion

21   are those constrained liners defective in

22   one way or another?

23             MR. POPE:  Object to the form

# FREEDOM COURT REPORTING

1  of the question.

2       Q.    You may answer.

3       A.    I don't -- my track record in

4  my group's been miserable, and I don't, I

5  don't think it's a good appliance.  I

6  think their primary is good.  I think that

7  particular revision thing, which is

8  hopefully once every ten or twelve years,

9  is not good.

10       Q.    And, so, as far as you would

11  be concerned, would you think them to be

12  defective?

13             MR. POPE:  Object to the form

14  of the question.

15       A.    And the reason I'm hesitating

16  is I don't know the word -- I'm not trying

17  to play a word game or anything.  Would I

18  want it in me?  No.  Would I put it in

19  you?  No.  I think the design is

20  incorrect.  Whether the product is

21  defective, I don't know that.  I think the

22  design is not correct, if that --

23       Q.    That makes sense.

## FREEDOM COURT REPORTING

1    A.    You know what I mean.

2        MR. DUTTON:  That's all, sir.

3  Thank you.

4        MR. BARTON:  Let me speak with

5  him for just a second.

6        (Whereupon, the deposition was

7  recessed from approximately 11:37 a.m. to

8  approximately 11:41 a.m.)

9  REEXAMINATION BY MR. POPE:

10   Q.    Doctor Hodurski, you had

11 answered just a moment ago to Mr. Dutton's

12 question that you did not recall telling

13 Mrs. Bloodsworth that had you known that

14 the constrained liner was not available in

15 her size that you would not have used

16 Smith & Nephew products?

17   A.    Correct.

18   Q.    Do you have or what is your

19 best judgment, though, about whether you

20 told her that?

21   A.    I honestly don't know.  I'm

22 not trying to be -- Flip a coin.  I don't

23 know.

## FREEDOM COURT REPORTING

1    Q.    Fair enough.

2    A.    I don't remember saying that.

3    Q.    Fair enough.   That's good,

4 that's it.

5

6        FURTHER DEPONENT SAITH NOT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## FREEDOM COURT REPORTING

1          C E R T I F I C A T E

2

3    STATE OF ALABAMA:

4    JEFFERSON COUNTY:

5

6        I hereby certify that the above and

7    foregoing deposition was taken down by me

8    in stenotype, and the questions and answers

9    thereto were reduced to typewriting under

10   my supervision, and that the foregoing

11   represents a true and correct transcript of

12   the deposition given by said witness upon

13   said hearing.

14       I further certify that I am neither of

15   counsel nor kin to the parties to the

16   action, nor am I in any way interested in

17   the result of said cause.

18

19

20

21                    *Carol J. Beyer*

22

23

# FREEDOM COURT REPORTING

Page 31

**A**

acetabular 8:7
9:8,14,19
15:12,16
18:13
acetabulum
7:12,19 14:5
15:3,22 18:14
19:4,4,6
acting 5:2
ACTION 1:6
ago 26:6 29:11
AGREED 1:13
2:2,10,20
al 1:8
Alabama 1:1
1:21 3:10,21
5:2,8
AmSouth/H...
3:19
anesthesia
11:10
answer 28:2
answered
29:11
anticipate 16:6
16:12
anymore 26:19
appliance 28:5
approximate
9:21,23
approximately
1:23 5:10
29:7,8
area 7:20
armamentar...
16:20
arthritis 7:9
articulate 7:15
7:16
assign 2:14
assume 17:3
attempting
13:22

Attorneys-at...
3:17
Attorney-at-...
3:5
availability
20:17,20 21:3
23:8
available 11:6
11:15 12:2,15
17:12 19:3,17
20:13 21:22
22:9 29:14
Avenue 3:20
a.m 1:23 5:10
29:7,8

**B**

B 4:8
back 18:18
ball 7:10,14
8:13,17
Barton 3:16,18
5:22 16:1,4
29:4
began 16:10
believe 23:21
26:5
bells 18:8 20:3
best 29:19
better 10:17
19:16 22:6
big 18:3 25:12
bigger 12:10
Birmingham
3:10,21 5:2
25:11
Bloodsworth
1:4,4 6:18,23
10:19 13:15
13:17 14:2,18
16:9,10,23
24:10 25:19
29:13
Bloodsworth's

8:21 10:7
12:20 13:8
20:10 21:8,17
21:21 22:8
27:1
bone 12:7
bring 11:17,20

**C**

C 3:1,16
call 10:12 12:4
14:3 15:8
called 17:23
Carol 1:18 5:1
case 13:9 18:9
cause 5:12
certain 21:23
22:10 25:22
26:9,15
certify 5:3
chance 12:6
25:14
change 19:5
chart 13:14
check 23:7
Civil 1:6 5:4
coin 29:22
comes 25:2
commencing
1:22 5:10
Commissioner
1:19 5:3
communicated
17:4,9
communicati...
22:22
complaints
22:20
compliance 2:5
component
12:10
components
8:3 12:13,14
concerned

28:11
condition
20:11
confusion
24:22
considered
20:22
considering
20:7
constrained
14:3,9,13,14
14:15,17,23
15:8,15 16:7
16:12,22 17:6
17:11 18:4,13
19:2,9,20
20:6,18,21
21:4,9,21
22:9 23:9,22
24:3,7,15
25:2,23 26:9
26:14 27:6,8
27:10,13,16
27:21 29:14
contact 11:13
context 13:2
correct 6:23
8:4,5,8,12,15
8:19,20 9:9
9:16 10:9
12:21 13:11
15:7,14 24:5
28:22 29:17
correctly 20:1
counsel 1:15
2:11,13 5:6
couple 18:6,10
18:22
coupled 15:3
Court 1:1 2:6
2:21 5:1,18
cup 8:7 9:8,14
9:19 15:12,16
15:18,23

current 6:12
Curriculum
4:10
CV 6:13
cyst 12:8

**D**

D 4:1
date 5:3 11:14
11:16
day 1:21 5:9
decide 11:1
decided 11:2
13:16
deciding 20:22
decision 20:12
defective 27:21
28:12,21
Defendants 1:9
3:13
Defendant's
4:9 6:7,11
depend 15:15
DEPONENT
30:6
deposition
1:10,15 2:3,4
2:16 29:6
depositions 2:7
described
14:10
design 28:19
28:22
devices 13:23
different 11:21
12:1 16:16
20:17,21 21:4
discuss 20:16
discussion 6:1
24:10
dislocates
16:19
dislocations
13:19 16:11

17:17
displaced 18:5
DISTRICT 1:1
  1:1
DIVISION 1:2
Doctor 6:9,17
  23:15 29:10
Donald 1:10
  1:17 4:4 5:11
  5:15 6:6
Donnie 10:12
  10:16 11:13
  16:21 17:4,23
  20:2,16 22:16
  22:21 25:7
Drive 1:20 5:8
due 24:1
duly 5:16
Dutton 3:4,6
  4:5 23:16,18
  29:2
Dutton's 29:11

E

E 3:1,1 4:1,8
Echelon 9:12
  22:12
edition 6:12
effect 2:5
either 13:4,13
employ 14:1
encounter 12:8
  12:11
engineer 27:20
essentially 8:2
et 1:8
events 19:7
eventually
  22:11
evidence 2:17
exact 9:18,22
  10:3 25:8
exactly 17:14
examination

4:5,5 5:12
6:3 23:18
examined 5:16
Exhibit 4:9 6:7
existing 15:2
experience
  21:18 26:23
explain 10:23
  13:1

F

F 1:10,17 4:4
  5:11,15 6:6
factor 20:21
failed 27:13
Fair 30:1,3
far 28:10
February 1:22
  5:9 12:18,18
Federal 5:4
felt 17:18
femoral 7:11
  8:7,9 9:8,11
  15:4
femur 7:14
  8:11,14 14:5
filing 2:20
fine 5:20,22
  9:1 19:4,5
first 5:16
fit 15:1,19
fits 15:2,12
Flip 29:22
following 5:13
  6:2 17:20
follows 5:17
force 2:5
foregoing 5:5
form 2:12 27:3
  27:23 28:13
four 9:23
fracture 12:7
frame 17:10,20
full 2:5

FURTHER
  2:1,9,19 30:6

G

game 28:17
gamut 16:17
general 24:21
generally
  10:23 12:23
girls 11:12
give 25:3
go 13:21 17:21
  17:22
going 6:10
  8:22 9:19
  11:1,3 12:6
  15:8 17:5
  18:5,19,20
good 18:2 27:1
  28:5,6,9 30:3
grafting 12:9
grind 7:11
grounds 2:15
group's 28:4
guess 10:11
  24:2
guest 8:3

H

H 4:8
hammered
  8:10
happened
  17:14
harmed 20:11
head 7:11 15:4
  16:18 24:20
heads 18:3
  25:12
heard 26:5
held 6:1
HELLUMS
  3:7
hesitating
  28:15

hip 6:22 7:7
  8:4 9:17 11:1
  12:20 13:19
  23:3 27:1
hips 26:21 27:2
  27:5
Hodurski 1:10
  1:17 4:4 5:11
  5:15 6:6,10
  6:17 29:10
hold 19:1
honestly 29:21
HOOKS 3:6
hopefully 28:8

I

idea 12:5 24:19
identification
  6:8
imitates 8:17
implant 11:7
  17:5,12
implanted
  10:19 19:10
implanting
  9:20 16:6,12
implants 11:15
  11:21 12:2
incorrect
  28:20
infer 20:5
initial 8:23 9:3
  10:7,11,20
  13:23 16:5
  20:15,23 21:6
  21:21 22:2,8
  22:18,23
intended 27:17
involved 8:3
issue 21:4

J

J 1:18 5:1
JAMES 3:16
January 23:23

JERRY 1:4
JOHNSTON
  3:18
joint 7:9 8:18
JR 3:16
judgment
  17:10 29:19
June 7:2 8:23
  13:10 25:21
  26:7

K

kind 10:22
  11:4
KIRBY 3:6
know 9:18,21
  9:22 17:18
  18:7 19:2
  23:11 25:6
  26:13 28:16
  28:21 29:1,21
  29:23
knowing 22:5
known 21:20
  22:7 24:14
  25:12,21 26:8
  29:13

L

L 1:12
lack 10:17
  19:16
Lanier 10:12
  10:16 16:21
  17:4,9,23
  20:16 22:17
  22:21 25:7
large 18:15
larger 12:12
  18:16
lateral 18:4
laws 2:6
layman's 7:6
leading 2:13
learned 24:8

# FREEDOM COURT REPORTING

LEE 3:14
left 6:22 12:20
  25:11
leg 16:16
lengthen 16:15
lesser 25:3
let's 17:21,22
  19:1
liner 14:9,12
  14:16,17,23
  15:8,15,17,17
  15:21,22 16:7
  16:12,22 17:6
  17:11 19:2,9
  19:21 20:6
  21:22 22:9
  23:22 24:3,7
  24:15 25:2,23
  27:6,8 29:14
liners 16:17
  18:4,4,5
  20:18,21 21:4
  21:9 23:9
  26:9,14 27:10
  27:13,16,21
lines 22:4
little 6:15
locks 14:4
longer 27:10
look 7:23
  18:12 19:3
looking 13:14
looks 18:2

**M**

M 3:14
machined
  15:19
marked 6:8,11
Mary 1:4 6:18
  17:16 18:10
matching 16:1
mean 16:15
  29:1

means 13:2
medical 20:10
MIDDLE 1:1
millimeter
  19:12,13,16
  19:20 26:17
millimeters
  9:23
miserable 28:4
modify 13:5
moment 29:11
moments 26:6
Montgomery
  1:21 5:8
  23:12
M.D 1:10,17
  4:4 5:11,15

**N**

N 1:12 3:1 4:1
name 6:5 14:7
naturally 8:18
necessary 2:10
need 7:23
  12:12,13 18:7
  22:11
needed 13:17
Nephew 1:8
  9:4 10:14,18
  11:3,5,12
  14:21 20:18
  20:23 21:12
  22:23 24:16
  25:20 26:11
  26:19 29:16
Normandie
  1:20 5:8
North 3:9,20
NORTHERN
  1:2
notice 2:20
NUMBER 1:6

**O**

O 1:12

Object 27:3,23
  28:13
objections 2:11
  2:14
offered 2:16
office 18:7,11
Offices 1:19
  5:7
offset 18:4
off-the-record
  5:23
okay 15:9
  25:17 26:5,18
once 13:4 28:8
operating
  11:18 12:2
operation 13:4
  13:23 25:3
operatively
  12:11
opinion 27:20
option 16:14
options 16:13
  20:7
oral 5:12
order 10:17
  16:22 18:20
original 24:6,7
originally
  23:22
Orthopedic
  1:20 5:7
orthopedically
  25:13
orthopedist
  23:11

**P**

P 1:12 3:1,1
page 4:3 14:8
Park 3:8,9
part 9:11,15
  14:18
particular 19:2

28:7
parties 1:14
  2:14
patient 6:18
  9:20 13:7
  17:16 18:1
pelvic 7:20
pelvis 7:13,22
perform 9:4
  11:1 20:8
  23:3,6
performed
  6:22 12:19
  16:5 19:19
  22:1
performing
  9:17 10:4
  21:5
physically 15:1
piece 14:6
  15:20 25:15
pieces 14:6
PITTMAN 3:6
Place 3:8,9
Plaintiffs 1:5
  3:3
play 28:17
Plaza 3:19
please 6:4,5
  23:17
point 6:18 16:6
  17:3 19:15
  25:14
Pope 3:14 4:5
  4:6 5:20 6:3
  6:9 16:3
  23:14 27:3,23
  28:13 29:9
popping 13:19
pops 16:18
portion 7:20
  8:13
positive 21:18
postpone 24:23

postponed
  24:1
postponement
  24:11,23
POWELL
  3:18
precise 14:10
prepared 13:3
pretty 18:2
previous 13:6
  13:9
primary 16:14
  27:7 28:6
prior 2:17
  20:15 21:8,20
  22:7,17,23
probably
  18:14
problems 7:10
  12:11 13:6
Procedure 5:5
proceedings
  5:13 6:2
process 10:16
  16:21
PROCTOR
  3:18
product 14:21
  28:20
products 9:4,7
  10:14,18 11:3
  11:6,18 20:23
  22:13,23
  24:17 25:20
  26:19 29:16
prosthesis 7:13
  11:11 14:3,4
  14:14
purpose 11:23
pursuant 5:4
put 7:12,13,17
  8:16 28:18
puzzle 25:15

## Q

question 27:4
  28:1,14 29:12
questions 2:12
  2:13

## R

R 3:1
range 11:20
  12:1,10
reading 2:2
realize 10:3
really 12:13
  16:14 17:20
reamer 7:12
reaming 12:7
reason 24:23
  28:15
recall 29:12
recessed 29:7
recognize 10:3
recollection
  9:10 13:14,16
  19:14
record 6:5 28:3
records 8:1
  19:8
recurrent
  13:18 17:17
redo 13:4,5
  25:8
redoing 19:6
Reexaminati...
  4:6 29:9
refer 8:22
reference 27:2
referring
  25:20 26:7
Reflection 9:15
  14:19 22:13
regarding
  24:22
relating 2:7
remember

17:2 24:13
  26:2,4 30:2
remove 7:10
  13:5
removed 8:14
replacement
  6:22 7:7 8:4
  9:18 11:2
replacements
  23:4
Reporter 2:21
  5:2,18
representative
  10:13
require 12:9
respect 10:7
  22:21
respective 1:15
resume 6:12
revise 13:22
revision 12:19
  13:1,17 20:8
  21:9 23:21
  28:7
Reyer 1:18 5:1
right 14:12
  16:3 18:8,8
  19:17,18 20:5
  24:4 25:5
ring 15:4
room 11:18
  12:3 25:13
rules 2:6 5:4
run 17:13

## S

S 1:12,12 3:1
  4:8
SAITH 30:6
sales 10:13
save 6:15
saw 18:10
saying 26:2,4
  30:2

says 11:10
schedule 11:8
  11:12 18:5
scheduled 18:9
  23:23 24:8
second 19:23
  29:5
see 12:9 16:18
sense 28:23
senses 15:18
sequence 19:7
series 9:12,15
  16:11
show 6:10
signature 2:2
sir 6:5 23:17
  25:18 29:2
sit 22:15 23:4
Sixth 3:20
size 9:18,21,22
  9:23 10:3
  12:5 15:14,15
  15:16 18:13
  18:15 19:9
  20:21 21:4
  22:11 24:2,9
  24:14 29:15
sizes 11:21
  12:1 16:2
  18:16 20:17
  21:23 22:10
  23:8 25:22
  26:9,15
smaller 12:12
smallest 18:17
Smith 1:8 9:4
  10:13,18 11:3
  11:5,11 14:21
  20:17,23
  21:12 22:22
  24:16 25:20
  26:10,18
  29:16
socket 7:12,21

8:17 13:20
sort 7:5
sound 24:3
Southern 1:19
  5:7
speak 11:9
  29:4
speaking 12:23
special 18:20
specific 15:19
spectrum
  15:21
start 23:20
state 6:4
STATES 1:1
stem 7:14 8:7,9
  9:8,11
stick 27:7
STIPULAT...
  1:13 2:1,9,19
stipulation 5:5
stipulations
  5:19
stop 17:19
Sure 17:15
Surgeons 1:20
  5:7
surgeries 23:7
surgery 8:22
  8:23 9:1,3,5
  10:4,5,8,11
  10:20 11:9,9
  11:13,14 13:6
  13:9,10,22
  16:5 19:20,23
  20:15 21:1,6
  21:17,21 22:2
  22:8,13,18
  23:1,21 24:8
  24:11 25:21
  26:11
sworn 5:16
system 14:19

## T

T 1:12,12 4:8
taken 1:18
talk 7:6 13:1
tell 7:6 11:13
  19:8 25:18
telling 24:13
  29:12
template 12:5
ten 28:8
term 13:2
terms 7:6
testified 5:17
testify 26:6
testimony
  25:17,23 26:2
Thank 29:3
thereto 2:17
thing 28:7
things 16:17
think 18:1
  22:16 28:5,6
  28:6,11,19,21
thinking 25:1
thought 18:14
thoughts 25:8
ticket 11:9
tighten 15:5
time 2:15,16
  6:1,16 11:16
  17:2,8,10,11
  17:20 19:15
  21:16 23:19
  24:6,7 25:14
  26:11,15
today 22:15
  23:4
told 20:1 22:17
  29:20
TOM 3:4
total 6:22 7:7
totally 13:5
Tower 3:8
track 28:3

1

| | **W** | | **6** |
|---|---|---|---|
| transcript 2:21 | | 02 26:8 | 6 4,5,9 |
| trial 2:15 | wait 20:12 | 03 8:23 13:10 | 6th 1:21 5:9 |
| true 10:2,6 | waited 25:16 | 25:21 | |
| try 12:4 | waiting 25:3 | 04 12:18 | |
| trying 27:19 | waived 2:4,22 | | |
| 28:16 29:22 | walk 11:4 | **1** | |
| twelve 28:8 | want 18:2 20:2 | 1 4:9 6:7,11 | |
| two 7:15,17 8:3 | 25:9,9,10,11 | 11:13 1:23 | |
| 14:6 15:5 | 28:18 | 5:10 | |
| 25:16 | way 18:21 | 11:37 29:7 | |
| type 11:10,10 | 20:11 22:1,1 | 11:41 29:8 | |
| types 16:16 | 27:22 | 1100 3:8 | |
| | week 18:18 | 1901 3:20 | |
| **U** | weeks 18:6,10 | | |
| U 1:12 | 18:22 24:1 | **2** | |
| ultimately 19:9 | 25:4,16 | 2nd 7:3 8:23 | |
| unavailability | we're 14:8 | 12:18 13:10 | |
| 24:2,9 25:22 | 18:5,20 | 2:05-CV-622... | |
| 26:8,14 | we've 17:18 | 1:7 | |
| unavailable | 18:3 | 2000 1:20 5:8 | |
| 24:15 | whistles 18:8 | 2001 3:9 | |
| understand | 20:3 | 2003 7:3 | |
| 8:10 | whoa 18:23 | 2006 1:22 5:9 | |
| understanding | witness 2:3 4:3 | 205 3:11,22 | |
| 6:21 8:3 | 5:11 | 23 4:5 | |
| 12:17 15:11 | word 10:17 | 29 4:6 | |
| 20:1 | 19:16 28:16 | 2900 3:19 | |
| unit 14:15 15:6 | 28:17 | | |
| UNITED 1:1 | words 27:6 | **3** | |
| use 9:4 11:3 | works 10:23 | 322-8890 3:11 | |
| 12:6 15:17,20 | write 11:11 | 35203 3:10,21 | |
| 15:22 16:16 | | | |
| 20:6,22 26:18 | **X** | **4** | |
| 27:9,16 | X 4:1,8 | 44s 18:21 | |
| Usual 5:18 | X-ray 18:2 | 458-9400 3:22 | |
| usually 8:10 | | | |
| | **Y** | **5** | |
| **V** | years 28:8 | 52 15:17,18 | |
| Vaguely 26:16 | | 18:16 19:11 | |
| various 11:15 | **Z** | 19:12,13 | |
| 23:8 | Z 12:14 | 20:12 24:2,9 | |
| visit 17:21 18:7 | Zimmer 21:14 | 52s 18:20,21 | |
| Vitae 4:10 | 21:15 | 54 18:17 19:15 | |
| VS 1:6 | | 19:20 | |
| | **0** | 54s 18:19 | |

# CURRICULUM VITAE

**NAME:** Donald F. Hodurski, M.D.       DOB: 4/21/45

**ADDRESS:** 250 Bell Road
Montgomery, AL 36117

**MARITAL STATUS:** Married

**LICENSURE:** Indiana, 1970; Alabama, 1971 #5785;       DEA: AH7031975

**EDUCATION:**
- College: Indiana University, 1967, BA
- Medical: Indiana University, 1970, M.D.
- Medical: Indiana University, 1970-1971, Internal Medicine
- Surgical: Indiana University, 1971-1976, Orthopaedic Surgery

**HOSPITAL AFFILIATIONS:**
Baptist Medical Center South, Montgomery, AL, 1976 to present
Baptist Medical Center East, Montgomery, AL, 1977 to present
Jackson Hospital, Montgomery, AL, 1976 to present
Montgomery Surgical Center, Montgomery, AL, 1984 to present
Prattville Baptist Medical Center, Prattville, AL, 1995 to present

**MEDICAL SOCIETY MEMBERSHIPS:**
American Medical Association, 1976 to present
Alabama Medical Association, 1976 to present
Alabama Orthopaedic Society, 1978 to present
Montgomery County Medical Society, 1976 to present
Regional Membership Committee—American Academy of Orthopaedic Surgeons, 1990 to present
Alabama Orthopaedic Society-Board of Council, 1992 to present

**FELLOWSHIPS:**
American Academy of Orthopaedic Surgeons, 1980
American College of Surgeons, 1982

**BOARD CERTIFICATION:** American Board of Orthopaedic Surgeons, 1977

**TEACHING POSITIONS:**
Associate Professor, Orthopaedic Surgeons, 1977
Intern Program, 1977-1986

**PUBLICATIONS:** The Journal of Trauma, "Fractures of the Humerus, Radius and Ulna in the Same Extremity", March 1979

**MILITARY SERVICE:** USAF, 1971-1973

**WORK HISTORY:**
Orthopaedic Associates, 1976-11/96
Southern Orthopaedic Surgeons, L.L.C., 12/96 to present (Created by merger of Orthopaedic Associates and Montgomery Orthopaedic Surgeons)

DEFENDANT'S EXHIBIT
1