**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MARY BLOODSWORTH, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv622-D |
| | ) |
| **SMITH & NEPHEW, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Defendant Donnie Lanier's motion to dismiss (Doc. No. 5), and in light of the court's order entered contemporaneously herewith, it is ORDERED that said motion be and the same is hereby DENIED as moot.

It is further CONSIDERED and ORDERED that Spar Medical's motion to deem state court process insufficient (Doc. No. 11) be and the same is hereby DENIED as moot, as Spar Medical is no longer a party to this action.

DONE this 17th day of February, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE