**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **MARY BLOODSWORTH and** ) | |
| **JERRY BLOODSWORTH,** ) | |
|  ) | |
| **Plaintiffs,** ) | |
|  ) | **CASE NUMBER:** |
| **v.** ) | |
|  ) | **2:05cv622-d** |
|  ) | |
| **SMITH & NEPHEW, INC.,** ) | |
| **et al.,** ) | |
| **Defendants.** ) | |

**REPORT OF THE PARTIES' PLANNING MEETING**

Pursuant to Fed. R. Civ. P. 26(f) and local Rule 26.1, a meeting was held on February 20, 2006, between:

> Tom Dutton, representing Plaintiffs, Mary Bloodsworth and Jerry Bloodsworth; and

> Lee M. Pope, attorney for Defendant Smith & Nephew, Inc.

1. Pre-Discovery Disclosures. The parties will exchange by April 21, 2006, the information required by Rule 26(a)(1) and Local Rule 26.1(a)(1).

2. Discovery Plan. The parties jointly propose to the court the following discovery plan:

    Discovery will be needed on the following subjects:
    Allegations of the plaintiffs' complaint; plaintiff's medical treatment; plaintiffs' alleged damages; defendant's defenses. This is a personal injury/product liability case involving a complex medical device manufactured by the defendant.

    All discovery will be commenced in time to be completed by January 5, 2007.

W0544718.DOC

      Maximum of 25 interrogatories, including subparts, by each party to any other party. Responses due 30 days after service.

      Maximum of 15 requests for admissions, including sub-parts, by each party to any other party. Responses due 30 days after service.

      Maximum of 45 requests for production, including subparts, by each party to any other party. Responses due 30 days after service.

      Maximum of ten depositions by each party.

      Reports from retained experts under Rule 26(a)(2) due:

      from plaintiffs by September 11, 2006

      from defendant by December 7, 2006.

      Supplementation under Rule 26(e) due within 30 days of knowledge of the need to supplement.

3.     Other Items:

      The parties do not request a conference with the court before the entry of the scheduling order.

      The parties request a pretrial conference on February 23, 2007.

      Plaintiffs should be allowed until April 16, 2006, to join additional parties and amend the pleadings.

      Defendant should be allowed until May 22, 2006, to join additional parties and amend the pleadings.

      All potentially dispositive motions must be filed by January 18, 2007.

      Settlement cannot be realistically evaluated until some discovery has been completed and may be enhanced by mediation at a later date.

      Final lists of witnesses and exhibits under Rule 26(a)(3) should be due 30 days before trial.

>Parties have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).
>
>This case should be ready for trial by April 2, 2007, and at this time is expected to take approximately five days.

        /s/ Tom Dutton
Tom Dutton ASB-2059-U50T
tom@pittmanhooks.com

Attorney for Plaintiffs
Mary Bloodsworth and
Jerry Bloodsworth

Pittman, Hooks, Dutton, Kirby
    & Hellums, P.C.
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
Telephone (205) 322-8880
Facsimile (205) 328-2711

    OF COUNSEL

        /s/ Lee M. Pope
Lee M. Pope
Alabama Bar No: ASB-9286-P43L
lmp@jbpp.com

Attorney for Defendant,
Smith & Nephew, Inc.

**JOHNSTON BARTON**
**PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue, North
Birmingham, Alabama 35203
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

    OF COUNSEL