IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY BLOODSWORTH, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 2:05cv622-IDM |
| SMITH & NEPHEW, INC.; et al., | ) |
| Defendants. | ) |

**PLAINTIFFS' RULE 26(a)(2) INFORMATION**

Come now Plaintiffs Mary and Jerry Bloodsworth, and hereby furnish the following information pertinent to plaintiffs' expert witness:

**Donald F. Hodurski, M.D.**
**2000 Normandie Drive**
**Montgomery, Alabama**

Plaintiff expects that during the trial of this cause opinion testimony will be presented by Donald F. Hodurski, M.D. The particulars of his education and experience are stated in the attached Curriculum Vitae.

The subject matter, facts and opinions of Dr. Hodurski's testimony are expected to be the same as those to which he testified during his deposition of February 6, 2006. For particulars, please refer to the deposition transcript.

The grounds for Dr. Hodurski's expected opinion testimony are his education, experience and his course of treatment of the plaintiff, Mary Bloodsworth.

Plaintiff may also call as an expert witness during the trial of this cause (either "live" or by deposition) any person designated as an expert witness for any defendant.

As discovery has not been completed in this case, Plaintiffs reserve the right to supplement this disclosure at a later date.

Respectfully submitted by:

_____
Tom Dutton
Attorney for Plaintiffs

OF COUNSEL:

PITTMAN, DUTTON, KIRBY & HELLUMS, PC
1100 Park Place Tower
Birmingham, AL 35203
(205) 322-8880 Phone
(205) 328-2711 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all opposing counsel of record either by hand delivery of by placing a copy of same in the United States mail, postage prepaid and properly addressed to their office addresses, this the 13 day of September, 2006.

James C. Barton, Jr., Esquire
James P. Pewitt, Esquire
Alan D. Mathis, Esquire
Lee McWhorter Pope, Esquire
JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1910 Sixth Avenue, North
Birmingham, AL 35203-2618

_____
Of Counsel

# CURRICULUM VITAE

| | | |
|---|---|---|
| NAME: | Donald F. Hodurski, M.D. | DOB: 4/21/45 |
| ADDRESS: | 250 Bell Road<br>Montgomery, AL 36117 | |
| MARITAL STATUS: | Married | |
| LICENSURE: | Indiana, 1970; Alabama, 1971 #5785; | DEA: AH7031975 |

**EDUCATION:**
- College: Indiana University, 1967, BA
- Medical: Indiana University, 1970, M.D.
- Medical: Indiana University, 1970-1971, Internal Medicine
- Surgical: Indiana University, 1973-1976, Orthopaedic Surgery

**HOSPITAL AFFILIATIONS:**
- Baptist Medical Center South, Montgomery, AL, 1976 to present
- Baptist Medical Center East, Montgomery, AL, 1977 to present
- Jackson Hospital, Montgomery, AL, 1976 to present
- Montgomery Surgical Center, Montgomery, AL, 1984 to present
- Prattville Baptist Medical Center, Prattville, AL, 1995 to present

**MEDICAL SOCIETY MEMBERSHIPS:**
- American Medical Association, 1976 to present
- Alabama Medical Association, 1976 to present
- Alabama Orthopaedic Society, 1978 to present
- Montgomery County Medical Society, 1976 to present
- Regional Membership Committee—American Academy or Orthopaedic Surgeons, 1990 to present
- Alabama Orthopaedic Society-Board of Council, 1992 to present

**FELLOWSHIPS:**
- American Academy of Orthopaedic Surgeons, 1980
- American College of Surgeons, 1982

**BOARD CERTIFICATION:** American Board of Orthopaedic Surgeons, 1977

**TEACHING POSITIONS:**
- Associate Professor, Orthopaedic Surgeons, 1977
- Intern Program, 1977-1986

**PUBLICATIONS:** The Journal of Trauma, "Fractures of the Humerus, Radius and Ulna in the Same Extremity", March 1979

**MILITARY SERVICE:** USAF, 1971-1973

**WORK HISTORY:**
- Orthopaedic Associates, 1976-11/96
- Southern Orthopaedic Surgeons, L.L.C., 12/96 to present (Created by merger of Orthopaedic Associates and Montgomery Orthopaedic Surgeons)

DEFENDANT'S EXHIBIT
1